**Order entered August 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01436-CR

### RAYMOND CRAIG FREEMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F16-41797-I**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing in the trial court. A supplemental clerk's record with the trial court's findings was filed. We **ADOPT** the trial court's findings that appointed counsel Sharita Blacknall (1) filed an *Anders* brief on May 1, 2019, (2) sent appellant a copy of the clerk's and reporter's records on March 8, 2019, and (3) notified appellant of his right to file a pro se response to the *Anders* brief and his pro se right to seek discretionary review in the event the Court declares his appeal frivolous. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014). On August 7, 2019, Ms. Blacknall filed a motion to withdraw as counsel in this Court. The appeal will be submitted in due course.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; to counsel Sharita Blacknall; and to the Dallas County District Attorney.


/s/      LANA MYERS
         JUSTICE